Pro Se 14 (IN/ND) (Rev. 2/20) Page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

**Kendrick Cordell Suggs**
[You are the **PLAINTIFF**, print your full name on this line.]

v.

**Kenneth P. Cotter**
[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

Case Number: 3:23-cv-674
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
JUL 17 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Kenneth P. Cotter | 227 W. Jefferson Blvd ste 1000 |
| 2 | [Put the names of any other defendants in these boxes.] Sherece M. Love | 822 main st Mishawaka, IN 46544 |
| 3 | Lisa Jones | 533 N. Niles Ave South Bend, IN 46617 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **St. Joseph County Jail, IN 401 W. Sample street SouthBend, In 46601**

3. Did the event you are suing about happen there? ◯ Yes.  ● No, it happened at: **I'm unaware if it was at 822 main st or 533 N. Niles ave.**

4. On what date did this event occur? **December 7th 2022**

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Sherece Love either called police or went to special victims unit and made false domestic violence reports and criminal mischeif reports against me. Lisa Jones allowed Sherece to write page after page of dates and times of false events that didn't happen to pursue an noncontact order and events of me that was not related to the date of December 7th 2022. Lisa Jones did this once before with another victim without proof based off words. Lisa sent the information to my knowledge to Kenneth P. Cotter and he filed charges against me for the second time based off untrue statements and no physical evidence of me even knowing these women or even bein around them.

2. On January 9th Kenneth P. Cotter filed subpoena to my residence without having proper address number. On January 23rd summons filed by Kenneth P. Cotter on March 1st 2023. January 26th summons not served due to not having address. March 1st no contact issued and the state of Indiana say I failed to report so an bench warrent was issued. On June 13th 2023 eight officers was sent to my place of work to pick me up and arrested me and took me to jail where I remained and still currently as

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

of mid July and still never received no information of charges or affidavit of reason.

(3) Since I've been incarcerated I lost $800 a week in wages from work. I've lost $60 per week in child support I fell behind on. I fell behind on $100 per week in rent. I fell behind $200 per week in car payments. I feel I should be compensated for everyday the county jail gets paid for me being incarcerated and the pain and suffering I've indured for getting arrested at my place of work and the time away from my 4 kids, job, and home for this false incarceration.

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ● Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: December 7th 2022

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

① Kenneth P. Cotter needs to erase those charges off my background. ③ Lisa Jones need to have physical evidence of a man actually hitting a woman or bein present before goin forward with charges. ⑤ Sherece Love needs to pay restitution for the four cars she damaged.

[Initial Each Statement]

KCS  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
KCS  I will keep a copy of this complaint for my records.
KCS  I will promptly notify the court of any change of address.
KCS  I WILL NOT send more than one copy of any filing to the court.
KCS  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
KCS  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 7 / 10 /20 23 at 7 ____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Kendrun Cowder Sen_____     _126486_
Signature                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]