AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KENDRICK CORDELL SUGGS

        Plaintiff

   v.

                                             Civil Action No. 3:23-cv-674

KENNETH P COTTER

SHERECE M LOVE

LISA JONES

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge James T. Moody

DATE: 10/11/2023                            CHANDA J. BERTA, CLERK OF COURT

                                                             by   s/ S. Jarrell_____
                                                             *Signature of Clerk or Deputy Clerk*