# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KENDRICK CORDELL SUGGS

        Plaintiff

v.

                                               Civil Action No. 3:23-cv-674

KENNETH P COTTER

SHERECE M LOVE

LISA JONES

        Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Senior Judge James T. Moody

DATE: 10/13/2023                      CHANDA J. BERTA, CLERK OF COURT

                                                   by  s/ S. Jarrell
                                                   *Signature of Clerk or Deputy Clerk*